UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTON SINGLETON,

Plaintiff,

v.

JACOB JONES, et al.,

Defendants.

No. 2:25-cv-03608-DC-AC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 5)

Plaintiff Alton Singleton, a county prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 13, 2026, the magistrate judge provided Plaintiff thirty (30) days to pay the required filing fee or file an *in forma pauperis* application. (Doc. No. 3.) The magistrate judge cautioned Plaintiff that failure to pay the filing fee or file an application to proceed *in forma pauperis* would result in a recommendation that this action be dismissed. (*Id*. at 2.) Plaintiff did not pay the filing fee or file an application to proceed *in forma pauperis*.

On February 27, 2026, the magistrate judge provided Plaintiff an additional twenty-one (21) days to pay the filing fee or file a completed *in forma pauperis* application. (Doc. No. 4.) The magistrate judge again cautioned Plaintiff that failure to pay the filing fee or file an application to proceed *in forma pauperis* would result in a recommendation that this action be

1

dismissed. (*Id*.) Plaintiff did not pay the filing fee, file an application to proceed *in forma pauperis*, or otherwise respond to the court's orders.

On April 6, 2026, the magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to Plaintiff's failure to file an application to proceed *in forma pauperis*, pay the filing fee, or otherwise respond to the court's orders. (*Id*.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 2.) Plaintiff has not filed any objections and the time in which to do so has passed.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 6, 2026 (Doc. No. 5) are ADOPTED IN FULL;

2. This action is dismissed without prejudice; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **May 22, 2026**

Dena Coggins
United States District Judge

2